# **EXHIBIT 3**

EXHIBIT 3

LENNAR MORTGAGE, LLC.

| Loan No. | Borrower | Indemnity Claim Reason(s) |
|---|---|---|
| *****0675 | AA | Credit; any any other discovered breach |
| *****0683 | AA | Credit; any any other discovered breach |
| *****9768 | YB | Credit; any any other discovered breach |
| *****9974 | YB | Credit; any any other discovered breach |
| *****2948 | DB | Credit; any any other discovered breach |
| *****4026 | DB | Credit; any any other discovered breach |
| *****0321 | AD | Credit; any any other discovered breach |
| *****0453 | AD | Credit; any any other discovered breach |
| *****1145 | JG | Credit; any any other discovered breach |
| *****3654 | HG | Transaction; Appraisal; any any other discovered breach |
| *****3670 | HG | Transaction; Appraisal; any any other discovered breach |
| *****3544 | KH | Credit; any any other discovered breach |
| *****6145 | EH | Credit; Transaction; any any other discovered breach |
| *****9586 | EH | Credit; Transaction; any any other discovered breach |
| *****0291 | BJ | Income; any any other discovered breach |
| *****8099 | CK | Income; Occupancy; any any other discovered breach |
| *****8107 | CK | Income; Occupancy; any any other discovered breach |
| *****4501 | EL | Credit; any any other discovered breach |
| *****6631 | ML | Income; Occupancy; any any other discovered breach |
| *****6649 | ML | Income; Occupancy; any any other discovered breach |
| *****5165 | BL | Credit; Income; any any other discovered breach |
| *****4974 | GM | Appraisal; any any other discovered breach |
| *****4990 | GM | Appraisal; any any other discovered breach |
| *****2847 | SP | Employment; Income; any any other discovered breach |
| *****2854 | SP | Employment; Income; any any other discovered breach |
| *****8704 | CP | Income; any any other discovered breach |
| *****8683 | JS | Credit; any any other discovered breach |

**Full borrower names and other personally identifiable information will be provided following entry of an appropriate protective order.

EXHIBIT 3